UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 08-101 (JDB)** |
| | : | |
| **v.** | : | |
| | : | |
| **QUENTON T. LOFTON** | : | |
| | : | |
| **Defendant** | | |

## NOTICE OF FILING

The United States Attorney informs the Court that filed herewith is a Notice to withdraw and terminate Assistant United States Attorney David P. Saybolt from the above case.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
Bar No. 498610

---

William Woodruff
Assistant United States Attorney
555 4th Street, N.W. #4840
Bar No.: 481-039
Washington, DC 20001
(202) 307-6080
William.Woodruff@usdoj.gov