UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **vs.** ) | Cr. No. 08-101 (JDB) |
| ) | |
| **QUENTON T. LOFTON,** ) | |
| ) | |
| **Defendant.** ) | |

**REPLY IN OPPOSITION TO GOVERNMENT'S RESPONSE
TO MOTION TO SUPPRESS STATEMENTS**

  Mr. Quenton T. Lofton, the defendant, through undersigned counsel, respectfully submits the following reply to the Government's Response to the Defendant's Motion to Suppress Statements.

  On June 12, 2008, undersigned counsel filed a motion to suppress statements that were allegedly made by Mr. Lofton at the time of his arrest. At no time prior to the motions hearing date had the government filed an opposition to Mr. Lofton's motion to suppress statements. At the motions hearing, on July 1, 2008, the government did not elicit complete testimony concerning Mr. Lofton's alleged statements made at the time of his arrest. In light of the state of the record regarding the motion to suppress statements, undersigned counsel believed that the motion to suppress statements was conceded by the government. However, at the end of the motions hearing, government counsel indicated that the issue regarding Mr. Lofton's statements was not conceded.

  At the conclusion of the motions hearing on July 1, 2008, this Court indicated that the motion to suppress statements filed by Mr. Lofton was taken under advisement and that the

government may file a motion for leave to file a response to Mr. Lofton's motion to suppress statements. See Docket Entry dated 7/1/08. However, no such motion for leave was filed by the government. On July 2, 2008, this Court issued an Order granting Mr. Lofton's motion to suppress statements. In this Order, this Court stated that "this ruling does not preclude the government from filing a motion for reconsideration, which the Court will address if one is filed." See Docket Entry 15, Order, 7/2/08.

Three weeks later, on July 23, 2008, government counsel filed a response to Mr. Lofton's motion to suppress statements. Nowhere in this motion is there a request for reconsideration, nor is there a request for leave to file such a response. Further, the government's motion does not provide any information indicating why the government did not file its response in a timely fashion.

The Local Rules of this Court provide for relief when oppositions are not filed within the time prescribed by the Court. Specifically, LCrR 47.1(b) provides that opposing points and authorities shall be filed within 11 days of the date of service of the motion or at such other time as the Court may direct. "If such memorandum is not filed within the prescribed time, the court may treat the motion as conceded." In view of the facts that no opposition to Mr. Lofton's motion to suppress statements had been timely filed; that no motion for an extension of time to file such a motion had been filed; and that no motion for reconsideration has been filed, Mr. Lofton respectfully requests that this Court affirm the Order issued on July 2, 2008.

        Respectfully submitted,

        A.J. KRAMER
        FEDERAL PUBLIC DEFENDER


        /s/
————————————————————————
        Dani Jahn
        Assistant Federal Public Defender
        625 Indiana Avenue, N.W., Suite 550
        Washington, DC  20004
        (202) 208-7500