UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CRIMINAL NO. 08-101 (JDB)** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **QUENTON LOFTON** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## NOTICE OF APPEARANCE

The United States of America , by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney EMILY MILLER, at telephone number (202) 514-7533 and/or email address Emily.Miller2@usdoj.gov.

          Respectfully submitted,

          JEFFREY A. TAYLOR
          United States Attorney


          _____/s/_____
BY:   EMILY MILLER
          Assistant United States Attorney
          Bar No. 462-077
          555 Fourth Street, N.W. Room 4237
          Washington, D.C. 20530
          (202) 514-7533
          Emily.Miller2@usdoj.gov