IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | |
| QUENTON LOFTON, | : | CRIMINAL NO.: 08-101 (JDB) |
| | : | Trial Date: August 20, 2008 |
| Defendants. | : | |
| | : | |
| | : | |
| | : | |

**GOVERNMENT'S PROPOSED JURY INSTRUCTIONS**

In accordance with the Court's order, dated July 1, 2008, the United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the Court consider the following proposed voir dire questions:[1]

1.02   Notetaking by Jurors

1.03   Preliminary Instructions

1.07   Question Not Evidence

1.08   Expert Testimony

1.13   Use of Prior Conviction

2.01   Function of the Court

2.02   Function of the Jury

2.03   Jury's Recollection Controls

2.04   Evidence in the Case

2.05   Statements of Counsel

---

[1] Numeric identifiers refer to the corresponding pattern instructions refer to *Criminal Jury Instructions for the District of Columbia*, release 6, dated April 2008.

2.06   Indictment Not Evidence

2.07   Inadmissible and Stricken Evidence

2.08   Burden of Proof – Presumption of Innocence

2.09   Reasonable Doubt

2.10   Direct and Circumstantial Evidence

2.11   Credibility of Witnesses

2.14   Nature of Charges Not to be Considered

2.26   Police Officer's Testimony

2.27   Right of Defendant not to Testify

2.28   Defendant As Witness

2.48   Statements of the Defendant – Substantive Evidence

2.52   Multiple Counts – One Defendant

2.71   Selection of Foreperson

2.72   Unanimity

2.73   Exhibits During Deliberations

2.74   Possible Punishment Not Relevant

2.75   Communications Between Court and Jury During Jury's Deliberations

2.76   Furnishing the Jury with a Copy of the Instructions

2.77   Verdict Form Explanation

3.02   Proof of State of Mind

3.07   "On or About" – Proof of

3.08   Possession Defined (C) (Joint actual and/or constructive possession)

As to Count 1 (PWID PCP): Sole possession; both actual and constructive possession.

As to Count 2 (Possession of marijuana): Either sole or joint possession; constructive possession only.

4.02   Aiding and abetting

4.28   Possession of Controlled Substance

[This instruction is requested regarding Count 2 of the indictment in the above-entitled case. Count 2 charges the defendant with possession of cannabis, that is, marijuana.]

4.29   Possession of Controlled Substance with Intent to Distribute

[This instruction is requested regarding Count 1 of the indictment in the above-entitled case. Count 1 charges the defendant with Possession With the Intent to Distribute more than 100 grams of phencyclidine, that is, PCP.]

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

By:   ____/s/____
WILLIAM L. WOODRUFF
Assistant United States Attorney
DC Bar No. 481-039
Federal Major Crimes Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-6080
William.Woodruff2@usdoj.gov