IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

\* \* \*

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **Plaintiff;** | ) |
| | ) |
| v. | )   Cr. Case No. 08-101 (JDB) |
| | ) |
| **QUENTON T. LOFTON,** | ) |
| | ) |
| **Defendant;** | ) |

**NOTICE OF ASSIGNMENT**

The above captioned case has been assigned to Assistant Federal Public Defender Danielle Jahn, and Assistant Federal Public Defender Carlos J. Vanegas, as co-counsel.  Please send copies of all notice and inquiries to both attorneys at the address listed.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_/s/_____
Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
 (202) 208-7500