UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Cr. No. 08-101 (JDB) |
| : | |
| QUENTON LOFTON, : | |
| : | |
| **Defendant** : | |

**DEFENDANT'S PROPOSED JURY INSTRUCTIONS**

The Defendant, Quenton Lofton, through undersigned counsel, respectfully requests that the following Jury Instructions from the Criminal Jury Instructions for the District of Columbia, "Red Book" be given at the conclusion of the trial in this case:[1]

**I.    General Instructions**

1.02    Notetaking

1.03    Preliminary Instruction Before Trial

1.07    Question Not Evidence

1.08    Expert Testimony

1.10    Evaluation of Prior Inconsistent Statement of a Witness

1.11    Evaluation of Prior Consistent Statement of a Witness

1.12    Impeachment by Proof of Conviction of a Crime - Witness (if applicable)

1.13    Impeachment by Proof of Conviction of a Crime - Defendant (if applicable)

1.22    A Juror's Recognition of a Witness or Other Party Connected to the Case

2.01    Function of the Court

---

[1] Mr. Lofton also reserves his right to submit a theory-of-defense instruction, to propose additional instructions based upon the evidence at trial, and to revise these instructions if necessary.

2.02   Function of the Jury

2.03   Jury's Recollection Controls

2.04   Evidence in the Case

2.05   Statements of Counsel

2.06   Indictment is Not Evidence

2.07   Inadmissible and Stricken Evidence

2.08   Burden of Proof – Presumption of Innocence

2.09   Reasonable Doubt (Smith v. United States 709 A.2d 78 (D.C. 1998))

2.10   Direct and Circumstantial Evidence

2.11   Credibility of Witnesses

2.13   Number of Witnesses

2.14   Nature of the Charges not to be Considered

2.26   Police Officer's Testimony

2.27   Right of Defendant Not to Testify

2.28   Defendant as Witness

2.41   Missing Witness or Other Evidence (if applicable)

2.52   Multiple Counts - One Defendant

**II.   Definitions and Proof**

3.02   Proof of State of Mind

3.07   "On or About" – Proof of

3.08   Possession - Defined

**III.    Instructions Concerning Charged Offenses**

    4.29    Alternative C

    Mr. Quenton Lofton is charged in Count One of the indictment with Possession of Phencyclidine with Intent to Distribute 100 or More Grams.  In order for the defendant to be found guilty of the charge, the government must prove each of the following four elements beyond a reasonable doubt:

    1.    Mr. Quenton Lofton possessed a controlled substance;

    2.    Mr. Quenton Lofton possessed the controlled substance knowingly and intentionally.  This means consciously, voluntarily and on purpose, not mistakenly, accidentally or inadvertently;

    3.    When Mr. Quenton Lofton possessed the controlled substance he had the specific intent to distribute it.  Distribute means to transfer or attempt to transfer to another person.  The government need not prove that the defendant received or expected to receive anything of value in return;

The law makes Phencyclidine, also known as PCP, a controlled substance.  You must decide whether the material in question was Phencyclidine.  In doing that, you may consider all evidence that may help you, including exhibits and expert and non-expert testimony.  The government must prove beyond a reasonable doubt that Mr. Quenton Lofton possessed a detectable or measurable amount of Phencyclidine.

    4.    The amount of Phencyclidine was 100 grams or more.


    4.00    Lesser Included Offense (if applicable)

  4.28 Possession of a Controlled Substance

  Mr. Quenton Lofton is charged in Count Two of the indictment with Simple Possession of Cannabis. In order for Mr. Quenton Lofton to be found guilty of the charge the government must prove each of the following elements beyond a reasonable doubt:

  1. That Mr. Quenton Lofton possessed a controlled substance; and

  2. That Mr. Quenton Lofton did so knowingly and intentionally. This means consciously, voluntarily, and on purpose, not mistakenly, accidently or inadvertently.

The law makes cannibas, also known as marijuana, a controlled substance. You must decide whether the material was cannibas. In doing that, you may consider all evidence that may help you, including exhibits, expert and non-expert testimony.

To establish the first element of the offense, the government must prove beyond a reasonable doubt that the defendant possessed some measurable amount of a controlled substance. A measurable amount is an amount that can be assigned a numerical value, although no particular value must be proven.

## IV. Defenses

  5.01 Defendant's Theory of the Case

  5.06 Identification

## V. Closing Instructions

  2.70 Redacted Documents (if applicable)

  2.71 Election of a Foreperson

2.72  Unanimity

2.73  Exhibits During Deliberations

2.75  Communications Between Court and Jury

2.76  Furnishing Jury With Copy of Instructions

2.77  Verdict Form Explanation

        Respectfully submitted,

        A.J. KRAMER
        FEDERAL PUBLIC DEFENDER

         /s/
---

        Dani Jahn and Carlos Vanegas
        Assistant Federal Public Defenders
        625 Indiana Avenue, N.W.
        Suite 550
        Washington, D.C.  20004
        (202) 208-7500