UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Case No. 08-101 (JDB) |
| | : | |
| QUENTON LOFTON, | : | |
| | : | |
| Defendant. | : | Trial date: August 20, 2008 |
| | : | |

**MOTION *IN LIMINE* TO CLARIFY SCOPE OF THE COURT'S
ORDER GRANTING DEFENDANT'S MOTION TO SUPPRESS STATEMENTS**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the Court clarify its Order granting the defendant's motion to suppress statements. In support of this motion, the United States represents as follows:

1. The Government understands that the Court has denied the Government's motion to reconsider its prior order granting the defendant's motion to suppress statements. The defendant's motion, however, was predicated solely on the defendant's claim that the statements were the result of custodial interrogation conducted without the benefit of an advice of rights as required by *Miranda v. Arizona*.[1] The defendant did not allege and has never alleged that the statements were involuntary or untrustworthy.

2. Given that the defendant has never asserted that the statements were involuntary or untrustworthy, the Government submits that it should be permitted to use such statements to impeach the defendant if he testifies. *See Harris v. New York*, 401 U.S. 222, 225-226 (1971) (holding that statement which was inadmissible against defendant in prosecution's case in chief

---

[1]*Miranda v. Arizona*, 384 U.S. 436 (1966).

because defendant had not been advised of his *Miranda* rights but which otherwise satisfied legal standards of trustworthiness was properly usable for impeachment purposes to attack credibility of defendant's trial testimony).

WHEREFORE, the Government respectfully requests that the Court clarify prior to trial whether the Court's Order suppressing the use of the defendant's statements at trial prohibits the use of such statements for purposes of impeachment.

        Respectfully Submitted,

        JEFFREY A. TAYLOR
        Attorney of the United States in
        and for the District of Columbia
        Bar No. 498610


BY:       /s/
        EMILY A. MILLER
        Assistant United States Attorney
        Bar No. 462077
        Federal Major Crimes Section
        555 4th Street, N.W., Room 4237
        Washington, DC 20530
        (202) 514-7533
        Emily.Miller2@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal Case No. 08-101 (JDB)** |
| | : | |
| **QUENTON LOFTON,** | : | |
| | : | |
| Defendant. | : | Trial date: August 20, 2008 |
| | : | |

**ORDER**

Upon consideration of the Government's Motion *in Limine* to Clarify Scope of the Court's Order Granting Defendant's Motion to Suppress Statements, and the record herein, it is this _____ day of _____, 2008, hereby

ORDERED, that the Government's motion is GRANTED, and it is further

ORDERED that the Government shall be permitted to use the defendant's statements to impeach him if the defendant testifies.

_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE