UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Case No. 08-101 (JDB) |
| | : | |
| QUENTON LOFTON, | : | |
| | : | |
| Defendant. | : | Trial date: September 22, 2008 |
| | : | |

## GOVERNMENT'S MOTION TO DISMISS COUNT OF INDICTMENT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, after further investigation and a review of the facts and circumstances of the case, respectfully requests the Court to dismiss Count Two of the indictment in the above-styled case, in which the Defendant is charged with Simple Possession of a Controlled Substance, in violation of 21 U.S.C. § 844(a), without prejudice.

    Respectfully Submitted,

    JEFFREY A. TAYLOR
    Attorney of the United States in
    and for the District of Columbia
    Bar No. 498610

BY:        /s/
    EMILY A. MILLER
    Assistant United States Attorney
    Bar No. 462077
    Federal Major Crimes Section
    555 4th Street, N.W., Room 4237
    Washington, DC 20530
    (202) 514-7533
    Emily.Miller2@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal Case No. 08-101 (JDB)** |
| | : | |
| **QUENTON LOFTON,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

**ORDER**

The Court having considered the Government's motion to dismiss Count Two of the indictment in the above-styled case, in which the Defendant is charged with Simple Possession of a Controlled Substance, in violation of 21 U.S.C. § 844(a), and upon finding it appropriate to do so, it is

ORDERED this _____ day of _____ 2008, that Count Two of the indictment in the above-styled case be dismissed without prejudice.

_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE